Form 24-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 24

| | |
|---|---|
| Asociación de Exportadores e Industriales de Aceitunas de Mesa;<br>Agro Sevilla Aceitunas S. Coop, And.;<br>Ángel Camacho Alimentación, S.L.;<br><br>　　　　　Plaintiff,<br>　v.<br><br>United States<br><br>　　　　　Defendant. | **Court No. 23-00076** |

**ORDER FOR STATUTORY INJUNCTION UPON CONSENT**

Pursuant to 19 U.S.C. § 1516a(c)(2), this Court may enjoin the liquidation of all entries of merchandise identified below:

Asociación de Exportadores e Industriales de Aceitunas de Mesa; Agro Sevilla Aceitunas S. Coop, And.; Ángel Camacho Alimentación, S.L.; counsel certifies that they have conferred with all other parties to the action, including Robert Ralph Kiepura, counsel to the United States, and all parties to this action conveyed consent to the contents of this form.

Respectfully submitted,

/s/ Matthew Paul McCullough

Attorney for *Asociación de Exportadores e Industriales de Aceitunas de Mesa; Agro Sevilla Aceitunas S. Coop, And.; Ángel Camacho Alimentación, S.L.;*

Form 24-2

Accordingly, it is hereby

**ORDERED** that Defendant, United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection and the U.S. Department of Commerce, is enjoined during the pendency of this litigation, including any appeals, from issuing instructions to liquidate or making or permitting liquidation of any unliquidated entries of Ripe Olives from Spain

(1)   That were: (Add additional lines as needed)

☐ produced by
                          [Company Name]

☐ exported by
                          [Company Name]

☐ produced by _____ and
                            [Company Name]

    exported by
                        [Company Name]

☐ produced and exported by _____
                        [Company Name]

X produced and/or exported by  Agro Sevilla Aceitunas S. Coop. And.;
                        [Company Name]

X produced and/or exported by  : Angel Camacho Alimentación, S.L.
                        [Company Name]

☐ produced by _____ and
                        [Company Name]

    imported by  _____ ;
                        [Company Name]

(2)   That were the subject of the United States Department of Commerce's final determination in Department of Commerce's final determination in Ripe Olives From Spain: Final Results of Countervailing Duty Administrative Review 2020, 88 Fed. Reg. 14,605 (Dep't of Commerce March 9, 2023).

(3) That were entered, or withdrawn from warehouse, for consumption, during the Period January 1, 2020, through December 31, 2020

_____

Case 1:23-cv-00076-N/A   Document 11   Filed 04/07/23   Page 4 of 5

Form 24-3

and it is further

**ORDERED** that the entries subject to this injunction shall be liquidated in accordance with the final court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e); and it is further

**ORDERED** that any entries inadvertently liquidated after this order is signed but before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction.

DATED: _____          _____
        New York, New York                                    Judge

(Added Sept.19, 2017, eff. Oct. 23, 2017; amended June 18, 2019, eff. July 1, 2019; Dec. 13, 2022, eff. Jan. 23, 2023.)