UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE GARY S. KATZMANN

**FORM 7A**

| | |
|---|---|
| Asociación de Exportadores e Industriales de Aceitunas de Mesa, Agro Sevilla Aceitunas S. Coop. And., and Angel Camacho Alimentación, S.L., <br><br> Plaintiffs, <br><br> v. <br><br> United States, <br> Defendant, <br><br> and <br><br> Musco Family Olive Company, <br><br> Defendant-Intervenor. | Court No. 23-00076 <br> and Attached Schedule |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiffs, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismiss this action.

Dated: June 21, 2024

                                            Respectfully Submitted,

                                            <u>/s/ Matthew P. McCullough</u>

                                            Matthew P. McCullough

                                            Curtis, Mallet-Prevost, Colt & Mosle, LLP
                                            1717 Pennsylvania Ave, NW
                                            Washington D.C., 20006
                                            (202)-452-7373

## Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 1:24-cv-00078-GSK | Asociación de Exportadores e Industriales de Aceitunas de Mesa, Agro Sevilla Aceitunas S. Coop. And., and Angel Camacho Alimentación, S.L., |
| 1:23-cv-00076-GSK | Asociación de Exportadores e Industriales de Aceitunas de Mesa, Agro Sevilla Aceitunas S. Coop. And., and Angel Camacho Alimentación, S.L., |
| 1:23-cv-00039-GSK | Asociación de Exportadores e Industriales de Aceitunas de Mesa, Agro Sevilla Aceitunas S. Coop. And., and Angel Camacho Alimentación, S.L., |
| 1:22-cv-00106-GSK | Agro Sevilla Aceitunas S. Coop. And., and Angel Camacho Alimentación, S.L. |
| 1:21-cv-00338-GSK | Asociación de Exportadores e Industriales de Aceitunas de Mesa, Agro Sevilla Aceitunas S. Coop. And., Angel Camacho Alimentación, S.L., Alimentary Group DCoop. S. Coop. And. |

## Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: June 21, 2024

/s/    Geoffrey Goell

Deputy Clerk